IDA WERTER et al., Appellants, v. AUGUSTA SAMSKY, Respondent.— Action by plaintiff Ida Werter to recover damages for personal injuries, sustained as the result of a fall which occurred when she lost her balance by reason of the moving underneath her foot of a loose door saddle, constituting part of premises which

had been leased by defendant, and by her husband to recover **for** medical expenses and damages for loss of services. Judgment dismissing the complaint on the merits unanimously affirmed, with costs. The facts do not warrant a departure from the doctrine enunciated in *Cullings* v. *Goetz* (256 N. Y. 287). Present — Hagarty, Acting P. J., Johnston, Adel, Lewis and Aldrich, JJ.